USDC- BALTIMORE
'23 NOV 21 AM 11:39

PMC/dm USAO#2023R00745

kog 11/20/23

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. RDB-23-0420 |
| v. | * | |
| | * | (Operation of Unauthorized Unmanned |
| **SEAN MICHAEL KUSTERER,** | * | Aircraft Over Wildfire, 18 U.S.C. § |
| | * | 40A; Registration Violations Involving |
| Defendant. | * | Aircraft, 49 U.S.C. § 46306(b)(6)(A); |
| | * | Certification Violations Involving |
| | * | Airman, 49 U.S.C. § 46306(b)(7); |
| | * | Forfeiture, 49 U.S.C. § 46306(d) and |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |

********

## INDICTMENT

### COUNT ONE
### (Operation of Unauthorized Unmanned Aircraft Over Wildfire)

The Grand Jury for the District of Maryland charges that:

On or about April 4, 2023, in the District of Maryland, the Defendant,

**SEAN MICHAEL KUSTERER,**

did operate an unmanned aircraft, as defined in 49 U.S.C. § 44801, and did knowingly and recklessly interfere with a wildfire suppression and law enforcement and emergency response efforts related to a wildfire suppression.

18 U.S.C. § 40A.

1

## COUNT TWO
### (Registration Violations Involving Aircraft)

The Grand Jury for the District of Maryland further charges that:

On or about April 4, 2023, in the District of Maryland, the Defendant,

**SEAN MICHAEL KUSTERER,**

willfully operated, and attempted to operate, an aircraft eligible for registration under 49 U.S.C. § 44102, namely, a DJI, Model Phantom 3, unmanned aircraft system (drone), while knowing said aircraft was not registered under 49 U.S.C. § 44103.

49 U.S.C. § 46306(b)(6)(A).

## COUNT THREE
### (Certification Violations Involving Airman)

The Grand Jury for the District of Maryland further charges that:

On or about April 4, 2023, in the District of Maryland, the Defendant,

**SEAN MICHAEL KUSTERER,**

knowingly and willfully served and attempted to serve in any capacity as an airman, as that term is defined in 49 U.S.C. § 40102(a)(8)(A), without an airman's certificate authorizing the individual to serve in that capacity, in that he operated, and attempted to operate, an aircraft eligible for registration under 49 U.S.C. § 44102, namely, a DJI, Model Phantom 3, unmanned aircraft system (drone), while knowing he was not properly certificated in accordance with Part 107.

49 U.S.C. § 46306(b)(7)

## FORFEITURE

1.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 49 U.S.C. § 46306(d) and Title 28, United States Code, § 2461(c), in the event of the defendant=s conviction under Count Two of this Indictment.

2.  As a result of the offenses set forth in Count Two, the Defendant,

**SEAN MICHAEL KUSTERER,**

shall forfeit to the United States an aircraft whose use is related to Count Two including, but not limited to a DJI, Model Phantom 3, unmanned aircraft system (drone), serial number P5ADCJ2807009X along with its associated controller device.

49 U.S.C. § 46306(d)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

11/21/23
Date

4